Robert C. Tenney
Meyer, Fluegge & Tenney, P.S.
230 S. Second Street
Yakima, WA 98907
(509)575-8500

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

PENNY K. JONAS and
MIKE JONAS, wife and husband

      Plaintiffs,

VS.

SPRINT INTERNATIONAL
COMMUNICATIONS
CORPORATION, A Delaware
Corporation d/b/a UNITED
TELEPHONE COMPANY
OF THE NORTHWEST, An Oregon
Corporation,

      Defendants.

) NO. CV-05-3026-CI
)
) [~~PROPOSED~~] ORDER OF
) DISMISSAL OF PLAINTIFF
) HUSBAND'S CLAIMS FOR
) AGGRAVATION OF HIS
) PRE-EXISTING CROHN'S
) DISEASE WITH PREJUDICE

Based on the Stipulated Motion for Order of Dismissal of Plaintiff Husband's Claims for Aggravation of His Pre-existing Crohn's Disease with Prejudice and the pleadings and records on file,

IT IS HEREBY ORDERED:

That any and all of Plaintiff husband's claims relating to and or associated with his physical ailments including, but not limited to, the aggravation of his pre-existing Crohn's disease are dismissed with prejudice.

[~~Proposed~~] Order of Dismissal
with Prejudice - 1

LAW OFFICES OF
MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street • P.O. Box 22680
Yakima, Washington 98907-2680
Telephone (509) 575-8500

DATED this 3rd day of February, 2006.

S/ CYNTHIA IMBROGNO
_____
Magistrate Judge Cynthia Imbrogno

Presented by:

/s/ ROBERT C. TENNEY
WSBA #9589
Meyer, Fluegge & Tenney, P.S.
230 South Second Street
Yakima, WA 98901
Phone: 509/575-8500
Email: tenney@mftlaw.com
Attorneys for Defendant

/s/ KIMBERLY RIES ASHLEY
WSBA #28870
Meyer, Fluegge & Tenney, P.S.
230 South Second Street
Yakima, WA 98901
Phone: 509/575-8500
Email: ashley@mftlaw.com
Attorneys for Defendant

Approved Telephonically,
Notice of Presentation Waived:

/s/ Richard R. Johnson
Richard R. Johnson, WSBA# 6481
Delorie-Johnson, PLLC
Attorneys for Plaintiffs

[Proposed] Order of Dismissal with Prejudice - 2

## Certificate of Service

I hereby certify that on February 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Richard R. Johnson of Delorie - Johnson PLLC.

/s/Robert C. Tenney

ROBERT C. TENNEY, WSBA #9589
Meyer, Fluegge & Tenney P.S.
Attorneys for Defendants
230 S. 2nd St.
Yakima WA 98901
Telephone: 509-575-8500
Fax: 509-575-4676
Email: tenney@mftlaw.com

X̶X̶X̶X̶X̶X̶X̶X̶X̶ Order of Dismissal
with Prejudice - 3