UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PENNY K. JONAS and MIKE JONAS, wife and husband,<br><br>       Plaintiffs,<br><br>v.<br><br>SPRINT INTERNATIONAL COMMUNICATIONS CORPORATION, a Delaware corporation, d/b/a UNITED TELEPHONE COMPANY OF THE NORTHWEST, an Oregon corporation, | NO.  CV-05-3026-CI<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

    The parties' joint Motion for Order of Dismissal **(Ct. Rec. 28)** is **GRANTED.** Plaintiffs' complaint and the above-entitled action are dismissed with prejudice and without costs.

    **IT IS SO ORDERED.**

    DATED June 29, 2006.


                                  S/ CYNTHIA IMBROGNO
                              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL - 1